# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States of America

v.

Salvador Sandoval, Jr.

**Case No:** 23-3139

## TRANSCRIPT STATUS REPORT

○ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

○ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| 21-11-2022 | Status Conference | Cassie Zayas |
| 06-06-2022 | Motion hrg. | Lisa Griffith |

**Interim Part II** - The following necessary transcripts have been completed and received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| 07-08-2023 | Sentencing | Tim Miller |
| 16-12-2022 | Bond hrg. | Lorraine Herman |
| 15-12-2022 | Bench Trial | Jeffrey Hook |
| 14-12-2022 | Bench Trial (am session) | Elizabeth Saint-Loth |
| 14-12-2022 | Bench Trial (pm session) | Jean A. Knepley |
| 09-12-2022 | Status Conference | Sherri Grubs |

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

___

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)

**--- continued Interim Part II --**

| | | |
|---|---|---|
| **24-10-2022** | **Pretrial Conference** | **Bryan Wayne** |
| **16-08-2022** | **Initial Pretrial Conference** | **Bryan Wayne** |
| **10-01-2022** | **Arraignment** | **Elizabeth Saint-Loth** |
| **18-11-2021** | **Status Conference** | **Bryan Wayne** |
| **15-07-2021** | **Status Conference** | **Bryan Wayne** |
| **13-05-2021** | **Status Conference** | **Nancy Meyer** |
| **26-03-2021** | **Arraignment** | **Lisa Edwards** |
| **15-09-2021** | **Status Conference** | **Williams Zaremba** |
| **25-02-2021** | **Initial Appearance** | **FTR - Gold** |